Alphonso E. McALESTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 38088.

Missouri Court of Appeals,
Western District.

Nov. 12, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 23, 1986.

Joseph H. Locascio, Daniel C. Miller, Kansas City, for appellant.

William L. Webster, John M. Morris, Jefferson City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).